```
1  McGREGOR W. SCOTT
   United States Attorney
2  HEIKO COPPOLA
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California 95814
4  Telephone: (916) 554-2770
```





FILED

JAN 16 2007

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
          DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,  )   Case No. 2:07-MJ-0017 GGH
                Plaintiff, )
                           )
        v.                 )   ORDER AMENDING COMPLAINT
                           )
JASON TUAN HOANG, WEI KENG )
LAM, WEI JIE MA, MANDY SIEW)
YOKE NG, KEVIN TRAN, JUN XIONG)
WANG, RUI YEE & DEKANG ZHEN,)
                Defendants.)
                           )

The original complaint in this matter did not contain defendant Mandy Siew Yoke Ng's name on the page entitled "Charge Sheet." The original complaint is hereby amended to include Defendant Ng's name on the charge sheet, a copy of which is attached hereto and incorporated by reference herein as Exhibit 1. This order and Exhibit 1 will be attached to the original complaint.

1 | It is so ORDERED.
2 | DATED: January 16, 2007

GREGORY G. HOLLOWS
_____
GREGORY G. HOLLOWS
United States Magistrate Judge

## CHARGE SHEET

### *United States v. Ma et. Al.*

Count One:   **WEI JEI MA, KEVIN TRAN, MEI KENG LAM, RUI YEE, JASON TUAN HOANG, JUN XIONG WANG, DEKANG ZHEN, MANDY SIEW YOKE NG**, defendants herein, did between on or about September 20, 2006 and January 12, 2007, in the Cities of Lathrop and Tracy, County of San Joaquin, State and Eastern District of California, and elsewhere, did conspire with each other and other persons both known and unknown, to manufacture and possess with intent to distribute at least 1,000 plants of marijuana, a Schedule I controlled substance, in violation of Title 21, United States Code, Sections 846 and 841(a)(1).

Count Two:   **WEI JEI MA, KEVIN TRAN, MEI KENG LAM, RUI YEE, JASON TUAN HOANG, JUN XIONG WANG, DEKANG ZHEN, MANDY SIEW YOKE NG**, defendants herein, did between on or about September 20, 2006 and January 12, 2007, in the Cities of Lathrop and Tracy, County of San Joaquin, State and Eastern District of California, and elsewhere, did manufacture at least 1,000 plants of marijuana, a Schedule I controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).