1  **JAMES R. GREINER, ESQ.**
    CALIFORNIA STATE BAR NUMBER 123357
2  **LAW OFFICES OF JAMES R. GREINER**
    555 UNIVERSITY AVENUE, SUITE 290
3  SACRAMENTO, CALIFORNIA 95825
    TELEPHONE:(916) 649-2006
4  FAX: (916) 920-7951
    E MAIL: jaygreiner@midtown.net

ATTORNEY FOR DEFENDANT
DEKANG ZHEN

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CR.-S-07-0025-EJG |
|---|---|---|
| PLAINTIFF, | ) | STIPULATION AND ORDER |
| | ) | TO CONTINUE STATUS CONFERENCE |
| v. | ) | TO OCTOBER 12, 2007 |
| WEI JIE MA, et al., | ) | |
| DEFENDANTS. | ) | |

Plaintiff United States of America, by its counsel, Assistant United States Attorney, Mr. Robert Twiss, and defendant WEI JIE MA, by his attorneys Mr. Stuart D. Hanlon and Ms. Sara Rief, defendant KEVIN TRAN, by his attorney Mr. Hayes H. Gable, defendant MEI KENG LAM, by attorney Mr. Dwight M. Samuel, defendant RUI YEE, by attorney Ms. Dina L. Santos, defendant JASON TUAN HOANG, by his attorney Mr. Michael L. Chastaine, defendant JUN XIONG WANG, by his attorney Mr. Charles F. Bourdon, defendant SIEW YOKE NG, by attorney Mr. Michael B. Bigelow, and defendant DEKANG ZHEN, by his attorney James R. Greiner, hereby stipulate and agree that the status conference calendared for **Friday, September 7, 2007, at 10:00 a.m.** before the Honorable Senior District Court Judge, Edward J. Garcia, may be continued to **Friday, October 12, 2007, at 10:00 a.m.**

1

1  The background of the case to date is as follows:

2  The criminal complaint against all defendants was filed on January 16, 2007.
3  On that date defendant RUI YEE made a first appearance. (See Docket Entry #1)

4  On January 16, 2007 defendant RUI YEE made an initial appearance on the
5  criminal complaint. (See Docket Entry # 3)

6  An Indictment was returned against all defendants on January 25, 2007. (See
7  Docket Entry #8)

8  On January 30, 2007, defendants RUI YEE and KEVIN TRAN were arraigned
9  on the Indictment. Time was excluded under the Speedy Trial Act under Local Code
10  T-2 (complexity of case) and Title 18 U.S.C. section 3161(h)(8)(B)(ii)and Local Code
11  T-4 and Title 18 U.S.C. section 3161(h)(8)(B)(iv). (See Docket Entry #23)

12  On February 5, 2007, defendant JASON TUAN HOANG was arraigned on the
13  Indictment. (See Docket Entry #27)

14  On February 9, 2007, defendant JUN XIONG WANG was arraigned on the
15  Indictment. Time was excluded under the Speedy Trial Act under Local Code T-4 and
16  Title 18 U.S.C. section 3161(h)(8)(B)(iv). (See Docket Entry # 31)

17  On February 23, 2007, a related case order was signed and filed reassigning
18  the case to the Honorable Senior Judge Edward J. Garcia. (See Docket Entry # 35)

19  On February 23, 2007, defendants DEKANG ZHEN, SIEW YOKE NG and
20  WEI JIE MA, were arraigned on the Indictment. Time was excluded under the Speedy
21  Trial Act under Local Code T-4 and Title 18 U.S.C. section 3161(h)(8)(B)(iv). (See
22  Docket Entry # 38)

23  On March 2, 2007, a status conference was held before the Honorable Senior
24  District Court Judge, Edward J. Garcia, and the case is continued to June 8, 2007.
25  Time was excluded under the Speedy Trial Act under Local Code T-2 (complexity of
26  case) and Title 18 U.S.C. section 3161(h)(8)(B)(ii)and Local Code T-4 and Title 18
27  U.S.C. section 3161(h)(8)(B)(iv). (See Docket Entry #50)

28

On June 8, 2007, the Court signed a Stipulation and Order continuing the status conference to September 7, 2007.  Time was excluded under the Speedy Trial Act under Local Code T-4 and Title 18 U.S.C. section 3161(h)(8)(B)(iv). (See Docket Entry #68)

On July 26, 2007, defendant MEI KENG LAM, was arraigned, entered a not guilty plea and demanded a jury trial. (See Docket Entry #75). This is the last defendant in the case and the last defendant to be arraigned. All of the other co-defendants had made their initial appearance on or before February 23, 2007. (See Docket Entries #23 for Yee and Tran; # 27 for Hoang; #31 for Wang; and #38 for Zhen, Ng and Ma).

The government has produced additional discovery since the June 8, 2007, Order continuing this case to September 7, 2007.  The additional discovery is both complex in nature and voluminous in size. There are now over 3,500 pages of documents to be reviewed by counsel with their respective clients. In addition there are over approximately 17 hours of video tape, over 250 photographs on CD dics, that also need to be reviewed and listened to by both counsel and their respective clients. In addition, each defense counsel needs this additional time to investigate independently the charges against their respective clients. Finally, there are several other similar cases with multiple defendants that are in the Eastern District that may have an impact on this case that need to be followed by each defense counsel for their respective defendants.

In addition, co-defendant LAM has only been in the case since July 26, 2007, (See Docket Entry # 75) some five (5) months after the other seven (7) co-defendants had made their initial appearance. (See Docket Entries # 23, 27, 31 and 38)  Thus, counsel for LAM is some five (5) months behind in the review and investigation of the voluminous material produced by the government.

1    In addition, the government and the defense are in the process of working out a
2 mutually agreeable time for the defense to inspect the items that were seized pursuant
3 to the search warrants and the arrests. This is a large amount of material being stored
4 in three (3) different locations (Sacramento, the Stockton area and in the San Burno
5 area). The parties are working in good faith to schedule such inspections in the three
6 (3) different locations  and this reasonable continuance will allow this procedure to
7 go forward.
8    Finally, the reasonable continuance will allow the government and the defense
9 to continue discussions in a good faith manner in a good faith attempt to resolve this
10 case short of trial. These on going discussions are complicated due to the complexity
11 of the case, the complexity of the advisory United States Sentencing Guidelines and
12 the individual defendants criminal history. This reasonable continuance will allow
13 these discussions to continue in a good faith effort at resolving this matter short of
14 trial while allowing the parties to research the complex advisory United States
15 Sentencing Guidelines.
16    The parties stipulate and agree that time under the Speedy Trial Act  shall
17 continue be excluded **up to and including Friday, October 12, 2007, under** the
18 Speedy Trial Act under Local Code T-2 (complexity of case) and Title 18 U.S.C.
19 section 3161(h)(8)(B)(ii)and Local Code T-4 (time for defense counsel preparation)
20 and Title 18 U.S.C. section 3161(h)(8)(B)(iv).
21    The Court's courtroom deputy was called to clear the date requested and the
22 date is available on the Court's calendar.
23 ///
24 ///
25
26
27
28
4

```
                              Respectfully submitted,

                              McGREGOR W. SCOTT
                              UNITED STATES ATTORNEY

                              /s/ ROBERT TWISS by telephone authorization
DATED: 8-31-07
                              _____
                              ROBERT TWISS
                              ASSISTANT UNITED STATES ATTORNEY
                              ATTORNEYS FOR THE PLAINTIFF


DATED: 8-31-07
                              /S/SARA RIEF by e mail  authorization
                              _____
                              STUART D. HANLON
                              SARA RIEF
                              ATTORNEY FOR DEFENDANT MA


DATED: 8-31-07                /s/ HAYES H. GABLE by telephone authorization
                              _____
                              HAYES H. GABLE
                              ATTORNEY FOR DEFENDANT TRAN



DATED 8-31-07                 /s/ DWIGHT M. SAMUEL by e mail authorization
                              _____
                              DWIGHT M. SAMUEL
                              ATTORNEY FOR DEFENDANT LAM


DATED: 8-31-07                /s/ DINA L. SANTOS by e mail authorization
                              _____
                              DINA L. SANTOS
                              ATTORNEY FOR DEFENDANT YEE


DATED: 8-31-07                /s/ MICHAEL L. CHASTAINE by e mail
                              authorization
                              _____
                              MICHAEL L. CHASTAINE
                              ATTORNEY FOR DEFENDANT HOANG
```

DATED: 8-31-07

/s/ CHARLES F. BOURDON  by e mail authorization
_____
CHARLES F. BOURDON
ATTORNEY FOR DEFENDANT WANG

DATED: 8-31-07

/s/ MICHALE B. BIGELOW by e mail authorization
_____
MICHAEL B. BIGELOW
ATTORNEY FOR DEFENDANT NG

DATED: 8-31-07

/s/ JAMES R. GREINER
_____
JAMES R. GREINER
ATTORNEY FOR DEFENDANT ZHEN

**ORDER**

**FOR GOOD CAUSE SHOWN, IT IS SO ORDERED.**

DATED: August 31, 2007.

/s/ Edward J. Garcia
_____
**EDWARD J. GARCIA**
**SENIOR UNITED STATES**
**DISTRICT COURT JUDGE**

6