**JAMES R. GREINER, ESQ.**
CALIFORNIA STATE BAR NUMBER 123357
**LAW OFFICES OF JAMES R. GREINER**
555 UNIVERSITY AVENUE, SUITE 290
SACRAMENTO, CALIFORNIA 95825
TELEPHONE:(916) 649-2006
FAX: (916) 920-7951
E MAIL: jaygreiner@midtown.net

ATTORNEY FOR DEFENDANT
DEKANG ZHEN

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  ) | CR.-S-07-0025-EJG |
| ) | |
| PLAINTIFF,  ) | STIPULATION AND ORDER |
| ) | TO CONTINUE STATUS CONFERENCE |
| v.  ) | TO JANUARY 25, 2008 |
| ) | |
| WEI JIE MA, et al.,  ) | |
| ) | |
| ) | |
| DEFENDANTS.  ) | |
| _____) | |

Plaintiff United States of America, by its counsel, Assistant United States Attorney, Mr. Robert Twiss, and defendant WEI JIE MA, by his attorneys Mr. Stuart D. Hanlon and Ms. Sara Rief, defendant KEVIN TRAN, by his attorney Mr. Hayes H. Gable, defendant MEI KENG LAM, by attorney Mr. Dwight M. Samuel, defendant JASON TUAN HOANG, by his attorney Mr. Michael L. Chastaine, defendant JUN XIONG WANG, by his attorney Mr. Charles F. Bourdon, defendant SIEW YOKE NG, by attorney Mr. Michael B. Bigelow, and defendant DEKANG ZHEN, by his attorney James R. Greiner, hereby stipulate and agree that the status conference calendared for **Friday, December 14, 2007, at 10:00 a.m.** before the Honorable Senior District Court Judge, Edward J. Garcia, may be continued to **Friday, January 25, 2008, at 10:00 a.m.**

1

The Court's courtroom deputy, Ms. Colleen Lydon, was contacted to ensure the Court's calendar was available for that date and the Court is available on Friday, January 25, 2008.

**BACKGROUND OF THE CASE**

The criminal complaint against all defendants was filed on January 16, 2007. On that date defendant RUI YEE made a first appearance. (See Docket Entry #1)

On January 16, 2007 defendant RUI YEE made an initial appearance on the criminal complaint. (See Docket Entry # 3)

An Indictment was returned against all defendants on January 25, 2007. (See Docket Entry #8)

On January 30, 2007, defendants RUI YEE and KEVIN TRAN were arraigned on the Indictment. Time was excluded under the Speedy Trial Act under Local Code T-2 (complexity of case) and Title 18 U.S.C. section 3161(h)(8)(B)(ii) and Local Code T-4 and Title 18 U.S.C. section 3161(h)(8)(B)(iv). (See Docket Entry #23)

On February 5, 2007, defendant JASON TUAN HOANG was arraigned on the Indictment. (See Docket Entry #27)

On February 9, 2007, defendant JUN XIONG WANG was arraigned on the Indictment. Time was excluded under the Speedy Trial Act under Local Code T-4 and Title 18 U.S.C. section 3161(h)(8)(B)(iv). (See Docket Entry # 31)

On February 23, 2007, a related case order was signed and filed reassigning the case to the Honorable Senior Judge Edward J. Garcia. (See Docket Entry # 35)

On February 23, 2007, defendants DEKANG ZHEN, SIEW YOKE NG and WEI JIE MA, were arraigned on the Indictment. Time was excluded under the Speedy Trial Act under Local Code T-4 and Title 18 U.S.C. section 3161(h)(8)(B)(iv). (See Docket Entry # 38)

1  On March 2, 2007, a status conference was held before the Honorable Senior
2 District Court Judge, Edward J. Garcia, and the case is continued to June 8, 2007.
3 Time was excluded under the Speedy Trial Act under Local Code T-2 (complexity of
4 case) and Title 18 U.S.C. section 3161(h)(8)(B)(ii) and Local Code T-4 and Title 18
5 U.S.C. section 3161(h)(8)(B)(iv). (See Docket Entry #50)

6  On June 8, 2007, the Court signed a Stipulation and Order continuing the status
7 conference to September 7, 2007.  Time was excluded under the Speedy Trial Act
8 under Local Code T-4 and Title 18 U.S.C. section 3161(h)(8)(B)(iv). (See Docket
9 Entry #68)

10  On July 26, 2007, defendant MEI KENG LAM, was arraigned, entered a not
11 guilty plea and demanded a jury trial. (See Docket Entry #75). This is the last
12 defendant in the case and the last defendant to be arraigned. All of the other co-
13 defendants had made their initial appearance on or before February 23, 2007. (See
14 Docket Entries #23 for Yee and Tran; # 27 for Hoang; #31 for Wang; and #38 for
15 Zhen, Ng and Ma).

16  On September 4, 2007, the Court signed a Stipulation and Order continuing the
17 status conference to October 12, 2007. Time was excluded under the Speedy Trial
18 Act under Local Code T-2 (**complexity of case**) and Title 18 U.S.C. section
19 3161(h)(8)(B)(ii) and  Local Code T-4 and Title 18 U.S.C. section 3161(h)(8)(B)(iv)
20 (**time for defense counsel preparation**). (See Docket Entry #79)

21  On October 10 and 11, 2007, defendant Rui Yee, filed a Stipulation and
22 proposed Order to continue just Defendant Yee's case to November 30, 2007.
23 (Docket entries # 80, 81) Defendant Rui Yee is on a different time table and different
24 schedule than the rest of the defendants in this case. Thus, the reason that defendant
25 Rui Yee will no longer be filing or appearing with the group of defendants in this
26 case. The government knows of this and agrees to this procedure.

27  The Court signed Defendant Yee's Stipulation and Order.  Time was excluded
28

3

under the Speedy Trial Act under Local Code T-4 and Title 18 U.S.C. section 3161(h)(8)(B)(iv) (**time for defense counsel preparation**). (See Docket Entry #83)

      On October 11, 2007, the remaining defendants filed a Stipulation and Proposed Order to continue the case to December 14, 2007. The Court signed the remaining defendants stipulation and order on October 12, 2007. Time was excluded under the Speedy Trial Act under Local Code T-2 (**complexity of case**) and Title 18 U.S.C. section 3161(h)(8)(B)(ii) and  Local Code T-4 and Title 18 U.S.C. section 3161(h)(8)(B)(iv) (**time for defense counsel preparation**).  (See Docket Entries # 82 and 84)

      On November 30, 2007, Defendant Yee's status conference was held in open Court and continued to December 21, 2007, and time was excluded under the Speedy Trial Act under Local Code T-2 (**complexity of case**) and Title 18 U.S.C. section 3161(h)(8)(B)(ii) and  Local Code T-4 and Title 18 U.S.C. section 3161(h)(8)(B)(iv) (**time for defense counsel preparation**). (See Docket Entry # 85)

      The government has produced additional discovery since the June 8, 2007, Order continuing this case to September 7, 2007.  The additional discovery is both complex in nature and voluminous in size. There are now over 3,500 pages of documents to be reviewed by counsel with their respective clients. In addition there are over approximately 17 hours of video tape, over 250 photographs on CD dics, that also need to be reviewed and listened to by both counsel and their respective clients. In addition, each defense counsel needs this additional time to investigate independently the charges against their respective clients. Finally, there are several other similar cases with multiple defendants that are in the Eastern District that may have an impact on this case that need to be followed by each defense counsel for their respective defendants.

      In addition, co-defendant LAM has only been in the case since July 26, 2007, (See Docket Entry # 75) some five (5) months after the other seven (7) co-defendants

4

1 had made their initial appearance. (See Docket Entries # 23, 27, 31 and 38)  Thus,
2 counsel for LAM is some five (5) months behind in the review and investigation of
3 the voluminous material produced by the government.

4     In addition, the government and the defense worked out a mutually agreeable
5 time for the viewing of the evidence seized in this case. That has been accomplished
6 and the parties will be submitting a further Stipulation and Proposed Order to the
7 Court regarding the destruction of an agreed upon part of the items seized in this case.

8     Finally, the reasonable continuance will allow the government and the defense
9 to continue discussions in a good faith manner in a good faith attempt to resolve this
10 case short of trial. These on going discussions are complicated due to the complexity
11 of the case, the complexity of the advisory United States Sentencing Guidelines and
12 the individual defendants criminal history. This reasonable continuance will allow
13 these discussions to continue in a good faith effort at resolving this matter short of
14 trial while allowing the parties to research the complex advisory United States
15 Sentencing Guidelines.

16     The parties stipulate and agree that time under the Speedy Trial Act  shall
17 continue be excluded **up to and including Friday, January  25,  2008, under** the
18 Speedy Trial Act under Local Code T-2 (**complexity of case)** and Title 18 U.S.C.
19 section 3161(h)(8)(B)(ii)and Local Code T-4 (**time for defense counsel**
20 **preparation**) and Title 18 U.S.C. section 3161(h)(8)(B)(iv).

21                 Respectfully submitted,

22                 McGREGOR W. SCOTT
                    UNITED STATES ATTORNEY
23

24                 /s/ ROBERT TWISS by telephone authorization

DATED: 12-11-07
25                 _____
                ROBERT TWISS
                ASSISTANT UNITED STATES ATTORNEY
26                 ATTORNEYS FOR THE PLAINTIFF

27

28                           5

| | |
|---|---|
| DATED: 12-11-07 | /S/STUART D. HANLON by e mail authorization |
| | STUART D. HANLON<br>SARA RIEF<br>ATTORNEY FOR DEFENDANT MA |
| DATED: 12-11-07 | /s/ HAYES H. GABLE by e mail authorization |
| | HAYES H. GABLE<br>ATTORNEY FOR DEFENDANT TRAN |
| DATED 12-11-07 | /s/ DWIGHT M. SAMUEL by telephone authorization |
| | DWIGHT M. SAMUEL<br>ATTORNEY FOR DEFENDANT LAM |
| DATED: 12-11-07 | /s/ MICHAEL L. CHASTAINE by e mail authorization |
| | MICHAEL L. CHASTAINE<br>ATTORNEY FOR DEFENDANT HOANG |
| DATED: 12-11-07 | /s/ CHARLES F. BOURDON by telephone authorization |
| | CHARLES F. BOURDON<br>ATTORNEY FOR DEFENDANT WANG |
| DATED: 12-11-07 | /s/ MICHALE B. BIGELOW by e mail authorization |
| | MICHAEL B. BIGELOW<br>ATTORNEY FOR DEFENDANT NG |
| DATED: 12-11-07 | /s/ JAMES R. GREINER |
| | JAMES R. GREINER<br>ATTORNEY FOR DEFENDANT ZHEN |

**ORDER**

**FOR GOOD CAUSE SHOWN, IT IS SO ORDERED.**

DATED: DECEMBER 12, 2007.

/s/ Edward J. Garcia
**EDWARD J. GARCIA**
**SENIOR UNITED STATES**
**DISTRICT COURT JUDGE**

6