**JAMES R. GREINER, ESQ.**
CALIFORNIA STATE BAR NUMBER 123357
**LAW OFFICES OF JAMES R. GREINER**
555 UNIVERSITY AVENUE, SUITE 290
SACRAMENTO, CALIFORNIA 95825
TELEPHONE:(916) 649-2006
FAX: (916) 920-7951
E MAIL: jaygreiner@midtown.net

ATTORNEY FOR DEFENDANT
DEKANG ZHEN

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR.-S-07-0025-EJG |
| ) | |
| PLAINTIFF, ) | STIPULATION AND ORDER |
| ) | FOR AN ORDER AUTHORIZING |
| v. ) | THE DESTRUCTION OF |
| ) | EVIDENCE PURSUANT TO TITLE |
| WEI JIE MA, et al., ) | 28 U.S.C. SECTION 1651 |
| ) | |
| DEFENDANTS. ) | |
| _____) | |

    Plaintiff United States of America, by its counsel, Assistant United States Attorney, Mr. Robert Twiss, and defendant WEI JIE MA, by his attorneys Mr. Stuart D. Hanlon and Ms. Sara Rief, defendant KEVIN TRAN, by his attorney Mr. Hayes H. Gable, defendant MEI KENG LAM, by attorney Mr. Dwight M. Samuel, defendant RUI YEE, by attorney Ms. Dina L. Santos, defendant JASON TUAN HOANG, by his attorney Mr. Michael L. Chastaine, defendant JUN XIONG WANG, by his attorney Mr. Charles F. Bourdon, defendant SIEW YOKE NG, by attorney Mr. Michael B. Bigelow, and defendant DEKANG ZHEN, by his attorney James R. Greiner, hereby stipulate and agree to the following:

    Government agents executed search warrants at approximately 10 residents in Lathrop, Tracy, Oaklnad and San Francisco, California, in January of 2007. Agents

1

found sophisticated in-door marijuana in seven houses in Lathrop and Tracy, California.

Agents seized all of the equipment in the seven houses in Lathrop and Tracy, California. Typically this included eight 1,000 watt halogen bulbs per room; typically four or five rooms per house; electrical ballasts to store power for the 1,000 watt bulbs, fans blowers, and irrigation equipment. The seized equipment fills several room sized storage lockers, and has been in the custody of the United States since January of 2006.

DEA agents have photographed all of the equipment seized and are maintaining those photographs.

Counsel for all defendants have been given an opportunity to inspect all of the physical evidence seized from the seven residences in Lathrop and Tracy, California. DEA agents arranged for viewing of all the physical evidence seized on Friday, November 9, 2007. Some defense attorneys and investigators choose to inspect the physical evidence and some choose not to. All defense counsel were given adequate and reasonable notice of the inspection date, time and place.

The government and defense agree that the DEA retain one of each item seized per house as a representative sample of the equipment seized in the seven houses in Lathrop and Tracy, California. The government and defense agree that the DEA, if there are two or more varieties of any given type of equipment seized, DEA agents will retain one sample of each per house.

The government and the defense agree that this Court under the provisions of the All Writs Act, Title 28 U.S.C., section 1651, can and is requested to issue an order authorizing the destruction of the seized equipment from the seven houses in Lathrop and Tracy, California, as set forth herein.

|   |   |
|---|---|
| | Respectfully submitted, |
| | McGREGOR W. SCOTT<br>UNITED STATES ATTORNEY |
| | /s/ ROBERT TWISS by telephone authorization |
| DATED: 2-28-08 | |
| | ROBERT TWISS<br>ASSISTANT UNITED STATES ATTORNEY<br>ATTORNEYS FOR THE PLAINTIFF |
| DATED: 2-28-08 | /s/ STUART HANLON by e mail authorization<br>/S/SARA RIEF by e mail authorization |
| | STUART D. HANLON<br>SARA RIEF<br>ATTORNEY FOR DEFENDANT MA |
| DATED: 2-28-08 | /s/ HAYES H. GABLE by e mail authorization |
| | HAYES H. GABLE<br>ATTORNEY FOR DEFENDANT TRAN |
| DATED: 2-28-08 | /s/ DWIGHT M. SAMUEL by e mail authorization |
| | DWIGHT M. SAMUEL<br>ATTORNEY FOR DEFENDANT LAM |
| DATED: 2-28-08 | /s/ DINA L. SANTOS by telephone authorization |
| | DINA L. SANTOS<br>ATTORNEY FOR DEFENDANT YEE |
| DATED: 2-28-08 | /s/ MICHAEL L. CHASTAINE by e mail authorization |
| | MICHAEL L. CHASTAINE<br>ATTORNEY FOR DEFENDANT HOANG |
| DATED: 2-28-08 | /s/ CHARLES F. BOURDON  by e mail authorization |
| | CHARLES F. BOURDON<br>ATTORNEY FOR DEFENDANT WANG |
| DATED: 2-28-08 | /s/ MICHALE B. BIGELOW by e mail authorization |
| | MICHAEL B. BIGELOW<br>ATTORNEY FOR DEFENDANT NG |

DATED: 2-28-08

/s/ JAMES R. GREINER
_____
JAMES R. GREINER
ATTORNEY FOR DEFENDANT ZHEN

## ORDER

The United States is authorized to destroy the physical evidence seized at the seven houses in Lathrop and Tracy, California, in the above captioned case as outlined herein and agreed to by all parties to this action.

**FOR GOOD CAUSE SHOWN, IT IS SO ORDERED.**

DATED:   March 6, 2008

/s/ Edward J. Garcia
_____
**EDWARD J. GARCIA
SENIOR UNITED STATES
DISTRICT COURT JUDGE**

4