**JAMES R. GREINER, ESQ.**
CALIFORNIA STATE BAR NUMBER 123357
**LAW OFFICES OF JAMES R. GREINER**
555 UNIVERSITY AVENUE, SUITE 290
SACRAMENTO, CALIFORNIA 95825
TELEPHONE:(916) 649-2006
FAX: (916) 920-7951
E MAIL: jaygreiner@midtown.net

ATTORNEY FOR DEFENDANT
DEKANG ZHEN

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR.-S-07-0025-EJG |
| ) | |
| PLAINTIFF, ) | STIPULATION AND |
| ) | ORDER CONTINUING JUDGMENT |
| v. ) | AND SENTENCE TO |
| ) | FEBRUARY 4, 2009 |
| WEI JIE MA, et al., ) | |
| ) | |
| DEFENDANTS. ) | |

Plaintiff United States of America, by its counsel, Assistant United States Attorney, Mr. Heiko Coppola, and defendant DEKANG ZHEN, by his attorney James R. Greiner, hereby stipulate and agree that the Judgment and Sentencing date calendared for **Friday, December 14, 2008, at 10:00 a.m.** before the Honorable Senior District Court Judge, Edward J. Garcia, may be continued to **Wednesday, February 4, 2009, at 10:00 a.m.**

There is no requirement for any excludable time under the Speedy Trial Act since the defendant has pled guilty.

The Court's courtroom deputy, Ms. Colleen Lydon, was contacted to ensure the Court's calendar was available for that date and the Court is available on Wednesday, February 4, 2009.

1

The following is the amended schedule for the PSR, agreed to by the parties and Probation:

| | |
|---|---|
| Draft to the parties | December 31, 2008 |
| Objections Due | January 14, 2009 |
| Final Probation Report | January 21, 2009 |
| Motion for Correction | January 28, 2009 |
| Judgment & Sentence | February 4, 2009 |

Respectfully submitted,
McGREGOR W. SCOTT
UNITED STATES ATTORNEY

/s/ HEIKO COPPOLA  by telephone authorization

DATED: 12-9-08
_____
HEIKO COPPOLA
ASSISTANT UNITED STATES ATTORNEY
ATTORNEY FOR THE PLAINTIFF


DATED: 12-9-08       /s/ JAMES R. GREINER
_____
JAMES R. GREINER
ATTORNEY FOR DEFENDANT ZHEN

**ORDER**

**FOR GOOD CAUSE SHOWN, IT IS SO ORDERED.**

DATED: DECEMBER 9, 2008.

_/s/ Edward J. Garcia_____

**EDWARD J. GARCIA
SENIOR UNITED STATES**

2

| | |
|---|---|
| 1 | **DISTRICT COURT JUDGE** |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |
| 8 | |
| 9 | |
| 10 | |
| 11 | |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |