**JAMES R. GREINER, ESQ.**
CALIFORNIA STATE BAR NUMBER 123357
**LAW OFFICES OF JAMES R. GREINER**
555 UNIVERSITY AVENUE, SUITE 290
SACRAMENTO, CALIFORNIA 95825
TELEPHONE:(916) 649-2006
FAX: (916) 920-7951
E MAIL: jaygreiner@midtown.net

ATTORNEY FOR DEFENDANT
DEKANG ZHEN

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR.-S-07-0025-EJG |
| ) | |
| PLAINTIFF, ) | STIPULATION AND |
| ) | ORDER CONTINUING JUDGMENT |
| v. ) | AND SENTENCE TO |
| ) | MARCH 27, 2009 |
| WEI JIE MA, et al., ) | |
| ) | |
| ) | |
| DEFENDANTS. ) | |
| _____) | |

Plaintiff United States of America, by its counsel, Assistant United States Attorney, Mr. Heiko Coppola, and defendant DEKANG ZHEN, by his attorney, Mr. James R. Greiner, hereby stipulate and agree that the Judgment and Sentencing date calendared for **Wednesday, February 4, 2009, at 10:00 a.m.** before the Honorable Senior District Court Judge, Edward J. Garcia, may be continued to **Friday, March 27, 2009, at 10:00 a.m.**

There is no requirement for any excludable time under the Speedy Trial Act since the defendant has pled guilty.

The Court's courtroom deputy, Ms. Colleen Lydon, was contacted to ensure the Court's calendar was available for that date and the Court is available on Friday, March 27, 2009. Probation was also contacted and they agree to the change.

1

The following is the amended schedule for the PSR, agreed to by the parties and Probation:

| | |
|---|---|
| Objections Due | March 6, 2009 |
| Final Probation Report | March 13, 2009 |
| Motion for Correction | March 20, 2009 |
| Judgment & Sentence | March 27, 2009 |

                        Respectfully submitted,
                        LAWRENCE G. BROWN
                        ACTING UNITED STATES ATTORNEY

                        /s/ HEIKO COPPOLA  by e mail authorization

DATED: 2-2-09
                        HEIKO COPPOLA
                        ASSISTANT UNITED STATES ATTORNEY
                        ATTORNEY FOR THE PLAINTIFF

                        /s/ JAMES R. GREINER
DATED: 2-2-09
                        JAMES R. GREINER
                        ATTORNEY FOR DEFENDANT ZHEN

**ORDER**

**FOR GOOD CAUSE SHOWN, IT IS SO ORDERED.**

DATED: FEBRUARY 3, 2009.

                        /s/ Edward J. Garcia
                        **EDWARD J. GARCIA**
                        **SENIOR UNITED STATES**
                        **DISTRICT COURT JUDGE**