1 **JAMES R. GREINER, ESQ.**
CALIFORNIA STATE BAR NUMBER 123357
2 **LAW OFFICES OF JAMES R. GREINER**
555 UNIVERSITY AVENUE, SUITE 290
3 SACRAMENTO, CALIFORNIA 95825
TELEPHONE:(916) 649-2006
4 FAX: (916) 920-7951
E MAIL: jaygreiner@midtown.net
5
ATTORNEY FOR DEFENDANT
6 DEKANG ZHEN

8 IN THE UNITED STATES DISTRICT COURT FOR THE

9 EASTERN DISTRICT OF CALIFORNIA

11 UNITED STATES OF AMERICA,            )   CR.-S-07-0025-EJG
                                       )
12        PLAINTIFF,                   )   STIPULATION AND
                                       )   ORDER CONTINUING JUDGMENT
       v.                              )   AND SENTENCE TO
13                                     )   MARCH 27, 2009
   WEI JIE MA, et al.,                 )
14                                     )
                                       )
15        DEFENDANTS.                  )
   _____)

17    Plaintiff United States of America, by its counsel, Assistant United States

18 Attorney, Mr. Heiko Coppola, and defendant DEKANG ZHEN, by his attorney,

19 Mr. James R. Greiner, hereby stipulate and agree that the Judgment and Sentencing

20 date calendared for **Wednesday, February 4, 2009, at 10:00 a.m.** before the

21 Honorable Senior District Court Judge, Edward J. Garcia, may be continued to

22 **Friday, March 27, 2009, at 10:00 a.m.**

23    There is no requirement for any excludable time under the Speedy Trial Act

24 since the defendant has pled guilty.

25    The Court's courtroom deputy, Ms. Colleen Lydon, was contacted to ensure the

26 Court's calendar was available for that date and the Court is available on Friday,

27 March 27, 2009. Probation was also contacted and they agree to the change.

1

The following is the amended schedule for the PSR, agreed to by the parties and Probation:

| | |
|---|---|
| Objections Due | March 6, 2009 |
| Final Probation Report | March 13, 2009 |
| Motion for Correction | March 20, 2009 |
| Judgment & Sentence | March 27, 2009 |

Respectfully submitted,
LAWRENCE G. BROWN
ACTING UNITED STATES ATTORNEY

/s/ HEIKO COPPOLA  by e mail authorization

DATED: 2-2-09

HEIKO COPPOLA
ASSISTANT UNITED STATES ATTORNEY
ATTORNEY FOR THE PLAINTIFF

/s/ JAMES R. GREINER

DATED: 2-2-09

JAMES R. GREINER
ATTORNEY FOR DEFENDANT ZHEN

**ORDER**

**FOR GOOD CAUSE SHOWN, IT IS SO ORDERED.**

DATED: FEBRUARY 3, 2009.

/s/ Edward J. Garcia
**EDWARD J. GARCIA
SENIOR UNITED STATES
DISTRICT COURT JUDGE**

2