```
1  BENJAMIN B. WAGNER
   United States Attorney
2  HEIKO P. COPPOLA
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California 95814
4  Telephone: (916) 554-2770
```



FILED

MAR 2 2010

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK



IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In RE: | Case No. 2:07-CR-025 EJG |
| Arrest Warrant | MOTION & PROPOSED ORDER TO UNSEAL ARREST WARRANTS |

Upon consideration of the attached motion of the United States of America, by Assistant U.S. Attorney Heiko P. Coppola, it is hereby

**ORDERED**

That the order unsealing the Arrest Warrant for KONG YUAN LI in the above-entitled matter be immediately unsealed.

Date: March 2, 2010

_____
HONORABLE EDMUND F. BRENNAN
U.S. Magistrate Judge