```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  HEIKO P. COPPOLA
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California 95814
 4  Telephone: (916) 554-2770
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CASE NO. 2:07-CR-0025 EJG |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | STIPULATION AND ORDER TO EXCLUDE TIME |
| LUP PARK LI, et.al. | ) | |
| Defendants. | ) | |

The parties request that the status conference in this case be continued from July 30, 2010 to September 10, 2010 at 10:00 a.m. They stipulate that the time between July 30, 2010 and September 10, 2010 should be excluded from the calculation of time under the Speedy Trial Act. The parties stipulate that the ends of justice are served by the Court excluding such time, so that counsel for the defendant may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T-4. Specifically, all defense counsel have been provided with approximately 3600 pages of discovery, including CD's, DVD's and

VHS tapes. All counsel need additional time to prepare the matter further, review the discovery provided and continue their investigation of the matter.

Additionally, all parties stipulate that this matter is complex within the meaning of 18 U.S.C. § 3161(h)(7)(B)(ii) and Local Code T-2, and because of the nature of the prosecution and the number of defendants, it is unreasonable to expect adequate preparation for pretrial proceedings or trial itself within the time limits established by 18 U.S.C. § 3161. This matter was previously found complex by the U.S. Magistrate during the initial appearances of each defendant and by this Court by stipulation of the parties during the last status conference on December 11, 2009.

The parties stipulate and agree that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

Respectfully Submitted,

BENJAMIN B. WAGNER
United States Attorney

DATE: July 23, 2010          By:   /s/ Heiko P. Coppola
                                   HEIKO P. COPPOLA
                                   Assistant U.S. Attorney

DATE: July 23, 2010                /s/ Geoffrey Rotwein
                                   GEOFFREY ROTWEIN
                                   Attorney for Defendant Lup Park Li

```
                                   /s/ Gilbert Eisenberg
                                  GILBERT EISENBERG
                                  Attorney for Defendant Joyce
                                  Wang

                                   /s/ Gilbert Roque
                                  GILBERT ROQUE
                                  Attorney for Defendant Khin
                                  Ung

                                   /s/ Phil Schnayerson
                                  PHIL SCHNAYERSON
                                  Attorney for Defendant Lian Z.
                                  Li

                                   /s/ Scott Sugarman
                                  SCOTT SUGARMAN
                                  Attorney for Defendant Zhi
                                  Yong Lin
```

**SO ORDERED.**

DATE:   July 22, 2010

```
                                  /s/ Edward J. Garcia
                                  EDWARD J. GARCIA
                                  Senior U.S. District Judge
```