PHILLIP A. TALBERT
United States Attorney
HEIKO P. COPPOLA
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:07-CR-0025 WBS |
|---|---|
| Plaintiff, | UNITED STATES' EX PARTE MOTION FOR ORDER AUTHORIZING DESTRUCTION OF EVIDENCE AND [~~PROPOSED~~ ORDER] |
| v. | |
| WEI JIE MA, ET.AL. , | |
| Defendants. | |

## **MOTION**

Government agents executed search warrants at approximately seven residences in Lathrop and Tracy, California in January of 2007. Agents found sophisticated in-door marijuana grows in all of the houses and seized the growing equipment within the houses and the kept presentative samples of the marijuana plants. The original indictment charged eight defendants, all of whom resolved their cases short of trial. In October 2009, the United States obtained a superseding indictment charging six additional defendants, four of whom resolved their case by plea and one whose case was dismissed. Kong Li is the sole remaining fugitive in this matter.

By previous order, dated March 6, 2008 (ECF #101), the Court authorized the United States to destroy the physical evidence, subject to keeping photographs of all equipment which was destroyed and to keep one sample of each item of equipment per grow location. Since the entry of the 2008 order, the DEA has maintained storage of the sample items of equipment and representative samples of marijuana.

EX PARTE DESTRUCTION MOTION AND
[PROPOSED] ORDER

1

1  Continued storage of the sample items, including the marijuana, is burdensome to the DEA both in terms
2  of cost and the necessity to maintain security of the property.  The marijuana samples have deteriorated
3  to the point of having no evidentiary value.  Agents previously photographed all of the equipment seized
4  and maintain those photographs.

5  The United States hereby moves for an order authorizing the destruction of the remaining stored
6  marijuana growing equipment and any remaining marijuana samples.  If any of the fugitives in this case
7  return to face charges, they will have photographs of the grow houses and photographs of all the grow
8  equipment available to them in discovery.

9  WHEREFORE, the United States requests pursuant to the All Writs Act, Title 28 United States
10 Code, Section 1651, that this Court issue an order authorizing the destruction of the remaining
11 equipment and marijuana samples.

12 Dated:  August 15, 2017                              PHILLIP A. TALBERT
                                                       United States Attorney

14                                               By:   /s/ HEIKO P. COPPOLA
                                                       HEIKO P. COPPOLA
15                                                     Assistant United States Attorney

PHILLIP A. TALBERT
United States Attorney
HEIKO P. COPPOLA
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:07-CR-0025 WBS |
| Plaintiff, | |
| v. | [~~PROPOSED~~] ORDER |
| WEI JIE MA, ET.AL. , | |
| Defendants. | |

**ORDER**

Pursuant to the ex parte motion filed by the United States, the Court hereby orders that the United States is authorized to destroy the remaining stored marijuana growing equipment and any remaining marijuana samples.

Dated: August 16, 2017.

EDMUND F. BRENNAN
U.S. Magistrate Judge

[PROPOSED] ORDER